UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| OMT ADDICTION CENTERS, LLC, et al., | ) |
|---|---|
| Plaintiffs, | ) |
| v. | ) No. 3:24-cv-00356 |
| FREEDOM HEALTHCARE PROPERTIES OF TEXAS, LLC, et al., | ) |
| Defendants. | ) |

# ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court rules as follows: Defendants Freedom Healthcare Properties of Texas, LLC ("FHPT") and AC Real Estate Group, LLC's ("ACREG") Motion to Dismiss (Doc. No. 26) is **GRANTED IN PART** as to Counts II, III and V, and is **DENIED IN PART** in all other respects. Counts II, III and V are **DISMISSED WITH PREJUDICE**. ACREG and Plaintiffs Addiction Campuses of Massachusetts, LLC and Addiction Campuses of Ohio, LLC are **DISMISSED** from this case pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6) and 21.

This case is **STAYED** pending the completion of Case No. 3:24-cv-00789-N in the Northern District of Texas. The Clerk shall **ADMINISTRATIVELY CLOSE** this case, subject to reopening upon motion by any party after Northern District of Texas, Case No. 3:24-cv-00789-N has concluded.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR
UNITED STATES DISTRICT JUDGE